| AO 10<br>Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2018 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Dennis, James L. | 2. Court or Organization<br><br>U.S. 5th Cir. Court of Appeals | 3. Date of Report<br><br>05/10/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial   ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

John Minor Wisdom Building
600 Camp Street, Room 219
New Orleans, LA 70130

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Advisory Committee | Geo. W. & Jean H. Pugh Institute for Justice, a fund held by the L.S.U. Foundation for the benefit of L.S.U. Law School |
| 2. | Member, LSU Law Center Board of Trustees | LSU Law Center Board of Trustees, a consultative or advisory body to the Chancellor; appointed by Chancellor; not a governing board. |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 10/02/95 | LA State Employees' Retirement System. No control; fully vested 10/31/94. See La.R.S. 11:551 |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dennis, James L. | 05/10/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | LA State Employees' Retirement System - Pension | $64,829.04 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Teachers' Retirement System of Louisiana - pension |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dennis, James L. | 05/10/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dennis, James L. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AllianceBernstein International Growth Fund (AWPAX) | A | Dividend | K | T | | | | | |
| 2. Hospitality Properties | A | Dividend | | | Sold | 05/18/18 | J | | |
| 3. Municipal Mortgage & Equity (now MMA Capital Mgmt) | | None | | | Sold | 06/01/18 | J | | |
| 4. DCP Midstream | A | Dividend | | | Sold | 06/07/18 | J | C | |
| 5. Bank Deposit Program (Wells Fargo) | A | Interest | K | T | | | | | |
| 6. Rayonier, Inc. | A | Dividend | | | Sold | 05/17/18 | J | A | |
| 7. Rayonier Advanced (X) | A | Dividend | | | Sold | 05/14/18 | J | | |
| 8. Crestwood formerly Inergy LP | A | Dividend | | | Sold | 06/04/18 | J | | |
| 9. Anchor Nat'l Life Polaris Choice II Variable Annuity (FKA AIG) | | None | M | T | | | | | |
| 10. Enlink Midstream Partnership LP (FKA Crosstex Energy LP) | A | Dividend | | | Sold | 06/11/18 | J | | |
| 11. Energy Transfer Equity | D | Dividend | | | | 10/19/18 | L | | See Part VIII |
| 12. Amgen | B | Dividend | K | T | | | | | |
| 13. Apollo Inv. Corp | A | Dividend | | | Sold | 05/14/18 | J | E | |
| 14. Energy Transfer Partners (LP) | C | Dividend | | | | 10/19/18 | K | | See Part VIII |
| 15. Enterprise Prods Partners | B | Dividend | K | T | Sold (part) | 05/15/18 | K | D | |
| 16. JP Morgan Short Term Tax Free Bond Fund | A | Dividend | J | T | | | | | |
| 17. Plains All American Pipeline | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dennis, James L. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Postrock Energy Corp. | | None | J | T | | | | | |
| 19. Travel Centers of America | | None | | | Sold | 05/30/18 | J | | |
| 20. Teekay Tankers Ltd. | | None | J | T | | | | | |
| 21. Genesis Energy | B | Dividend | | | Sold | 07/12/18 | J | A | |
| 22. MBIA | | None | | | Sold | 05/22/18 | J | | |
| 23. Centurylink | A | Dividend | J | T | | | | | |
| 24. International Paper | A | Dividend | | | Sold | 07/12/18 | K | D | |
| 25. Duff & Phelps Global | B | Dividend | | | Sold | 12/31/18 | J | | |
| 26. Enbridge Energy Partners | A | Dividend | | | Sold | 06/28/18 | J | | |
| 27. Hercules Tech. Capital Inc. | A | Dividend | J | T | Buy (add'l) | 05/04/18 | J | | |
| 28. Hewlett Packard Enterprise Co. | A | Dividend | J | T | Buy (add'l) | 05/04/18 | J | | |
| 29. Sandridge Mississippian Trust I | A | Dividend | J | T | | | | | |
| 30. Sandridge Permian | A | Dividend | | | Sold | 10/25/18 | J | | |
| 31. Willbros Group | | None | | | Sold | 06/04/18 | J | | |
| 32. Delta Airlines | A | Dividend | J | T | Sold (part) | 06/21/18 | J | D | |
| 33. Apple Inc. | A | Dividend | K | T | | | | | |
| 34. Ares Commercial | A | Dividend | | | Sold | 05/11/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dennis, James L. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. First Trust IPO (ETF) | A | Dividend | K | T | | | | | |
| 36. Huntsman Corp. | A | Dividend | J | T | | | | | |
| 37. Intel Corp. | A | Dividend | K | T | | | | | |
| 38. PGIM Short Duration High Yield Fund (CEF) | A | Dividend | J | T | | | | | |
| 39. Suburban Propane | A | Dividend | | | Sold | 05/14/18 | J | | |
| 40. Capital Projects Financial Authority (municipal bond) | A | Interest | J | T | Redeemed (part) | 10/01/18 | J | | |
| 41. KKR & Co. | A | Dividend | J | T | | | | | |
| 42. Taylor Morrison Home Corp. | | None | J | T | Buy (add'l) | 05/14/18 | J | | |
| 43. Susser Petroleum (now Sunoco 10/27/2014) | A | Dividend | | | Sold | 10/24/18 | J | | |
| 44. Trinity Industries | A | Dividend | J | T | | | | | |
| 45. Cisco Systems | A | Dividend | J | T | | | | | |
| 46. Freeport McMoRan | A | Dividend | J | T | | | | | |
| 47. Tesoro Logistics (now Andeavor Logistics) | A | Dividend | J | T | | | | | |
| 48. AllianceBernstein Holding L.P. (AB) | A | Dividend | | | Sold | 05/14/18 | J | B | |
| 49. Corenergy Infrastructure Trust Inc. | A | Dividend | J | T | | | | | |
| 50. General Motors | A | Dividend | J | T | | | | | |
| 51. American Airlines | A | Dividend | | | Sold | 05/15/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dennis, James L. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. United Rentals | | None | J | T | | | | | |
| 53. Advent Claymore | A | Dividend | J | T | | | | | |
| 54. Gabelli Dividend & Income Fund (CEF) | A | Dividend | J | T | | | | | |
| 55. Williams Companies | A | Dividend | | | Sold | 10/24/18 | J | | |
| 56. Cal-Maine Foods, Inc. | | None | | | Sold | 05/14/18 | J | | |
| 57. RMR Group, Inc. (X) | A | Dividend | J | T | | | | | |
| 58. MPLX LP | A | Dividend | J | T | | | | | |
| 59. Veritiv Corp. | | None | J | T | | | | | |
| 60. Fiat Chrysler | | None | J | T | Buy (add'l) | 10/04/18 | J | | |
| 61. Fiat Chrysler | | None | J | T | Sold (part) | 05/11/18 | J | D | |
| 62. Lamar Advertising | A | Dividend | J | T | | | | | |
| 63. Bristol Myers Squibb | A | Dividend | K | T | Buy (add'l) | 05/14/18 | J | | |
| 64. Olin Corp | A | Dividend | J | T | | | | | |
| 65. Targa Resources | A | Dividend | | | Sold | 06/27/18 | J | D | |
| 66. Nuveen Muni 2021 Target (CEF) | A | Dividend | K | T | | | | | |
| 67. Nuveen Emerging Markets Debt (CEF) | B | Dividend | K | T | | | | | |
| 68. Volkswagen (ADR) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dennis, James L. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Steel Dynamics | A | Dividend | | | Sold | 05/11/18 | J | B | |
| 70. Micron Technology | | None | J | T | | | | | |
| 71. Carlyle Group LP | A | Dividend | J | T | | | | | |
| 72. Accenture Ireland PLC | A | Dividend | J | T | Buy | 10/04/18 | K | | |
| 73. Alphabet Inc. Class A | | None | J | T | Buy | 06/21/18 | K | | |
| 74. Arcosa Inc. | A | Dividend | J | T | Spinoff (from line 44) | 07/22/18 | J | | |
| 75. AT&T Inc. | A | Dividend | J | T | Buy | 05/17/18 | J | | |
| 76. Chevron Corp. | A | Dividend | J | T | Buy | 06/27/18 | J | | |
| 77. Chubb Ltd. | A | Dividend | K | T | Buy | 06/20/18 | K | | |
| 78. Citigroup Inc. | A | Dividend | J | T | Buy | 06/19/18 | J | | |
| 79. CVS Health Corp. | A | Dividend | K | T | Buy | 05/17/18 | K | | |
| 80. Danaher Corp. | A | Dividend | K | T | Buy | 06/26/18 | K | | |
| 81. Emerson Electric Co. | A | Dividend | K | T | Buy | 07/06/18 | K | | |
| 82. Facebook Inc. | | None | J | T | Buy | 07/26/18 | J | | |
| 83. HSBC Holdings | A | Dividend | J | T | Buy | 10/04/18 | K | | |
| 84. Illinois Tool Works Inc. | A | Dividend | K | T | Buy | 06/19/18 | K | | |
| 85. Intercontinental Hotel Group | A | Dividend | J | T | Buy | 06/27/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dennis, James L. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Estee Lauder Co. Inc. | A | Dividend | K | T | Buy | 06/27/18 | K | | |
| 87. Merck | A | Dividend | K | T | Buy | 06/27/18 | K | | |
| 88. Microsoft Corp. | A | Dividend | J | T | Buy | 10/10/18 | J | | |
| 89. Starbucks Corp. | A | Dividend | J | T | Buy | 10/04/18 | K | | |
| 90. UBS Group | A | Dividend | J | T | Buy | 06/20/18 | K | | |
| 91. DXC Technology | A | Dividend | | | Sold | 06/01/18 | J | B | spinoff from Line 28 |
| 92. Micro Focus Internat'l PLC | | None | | | Sold | 05/30/18 | J | | spinoff from Line 28 |
| 93. Energy Transfer LP | A | Distribution | L | T | Merged (with line 14) | 10/31/18 | L | E | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dennis, James L. | 05/10/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I.  The LSU Law Center Board of Trustees has no reportable assets.

Part VII.  Lines 11 and 14 merged on October 19, 2018 resulting in Line 93.  Merger was tax free.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James L. Dennis**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544